1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SCOTT D. WIENER, State Bar #189266
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-4283
6  Facsimile:   (415) 554-3837

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO AND
8  CHIEF HEATHER FONG

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  PATRICK NAUGHTON,                  Case No. C05-01729 EDL

13              Plaintiff,              **JOINT ADR CERTIFICATION**

14       vs.                            Date Action Filed:   April 26, 2005
                                        Trial Date:          None Set
15  CITY AND COUNTY OF SAN
    FRANCISCO, POLICE CHIEF
16  HEATHER FONG, DOES 1-50 inclusive,
    individually and in their official
17  capacities,

18              Defendants.

The parties stipulate to participate in the following ADR process: Early Neutral Evaluation

Dated: August 4, 2005

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

By: /s/ Scott D. Wiener
        SCOTT D. WIENER
        Attorneys for Defendants

Dated: August ___, 2005

        LAW OFFICES OF MATTHEW KUMIN

By:_____
        MATTHEW KUMIN
        Attorney for Plaintiff PATRICK NAUGHTON

IT IS SO ORDERED.

Date: _____
    HON. ELLEN LAPORTE
    UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | The parties stipulate to participate in the following ADR process: Early Neutral Evaluation |
| 2 | |
| 3 | Dated: August 4, 2005 |
| 4 | DENNIS J. HERRERA<br>City Attorney |
| 5 | JOANNE HOEPER<br>Chief Trial Deputy |
| 6 | SCOTT D. WIENER<br>Deputy City Attorney |
| 7 | |
| 8 | |
| 9 | By: _____<br>SCOTT D. WIENER |
| 10 | Attorneys for Defendants |
| 11 | |
| 12 | |
| 13 | Dated: August 5, 2005 |
| 14 | LAW OFFICES OF MATTHEW KUMIN |
| 15 | |
| 16 | By: _____ |
| 17 | MATTHEW KUMIN<br>Attorney for Plaintiff PATRICK NAUGHTON |
| 18 | |
| 19 | |
| 20 | IT IS SO ORDERED |
| 21 | Date: _____  Dated: August 11, 2005 |
| 22 | HON. ELLEN LAPORTE    ELIZABETH D. LAPORTE |
| 23 | UNITED STATES MAGISTRATE JUDGE |

ADR STIPULATION
Naughton v. CCSF, et al. – USDC No. C05-01729 EDL          2

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's internet site, "www.adr.cand.uscourts.gov", discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August ___, 2005

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        SCOTT D. WIENER
        Deputy City Attorney

By:_____
        SCOTT D. WIENER
        Attorneys for Defendants

Dated: August ___, 2005

        LAW OFFICES OF MATTHEW KUMIN

By:_____
        MATTHEW KUMIN
        Attorney for Plaintiff PATRICK NAUGHTON

ADR STIPULATION  3  n:\lit\li2005\051558\00324933.doc
Naughton v. CCSF, et al. – USDC No. C05-01729 EDL

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's internet site, "www.adr.cand.uscourts.gov", discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: August ___, 2005

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                SCOTT D. WIENER
                Deputy City Attorney

By: _____
      SCOTT D. WIENER
      Attorneys for Defendants

Dated: August 5, 2005

                LAW OFFICES OF MATTHEW KUMIN

By: _____
      MATTHEW KUMIN
      Attorney for Plaintiff PATRICK NAUGHTON

ADR STIPULATION
Naughton v. CCSF, et al. – USDC No. C05-01729 PDT.
3
n:\liti\li2005\051558\00324933.doc