RANDOLPH DAAR, CSB # 88195
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133
Tel: (415) 986-5591
Fax: (415) 421-1331

LAW OFFICES OF MATTHEW KUMIN
MATTHEW KUMIN, CSB # 177561
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel: (415) 434-8454
Fax: (415) 434-8453

Attorneys for Plaintiff
PATRICK NAUGHTON

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK NAUGHTON<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, POLICE CHIEF HEATHER FONG, DOES 1-50 inclusive, individually and in their official capacities,<br><br>Defendants. | No. C05 01729 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br>AND ORDER AS MODIFIED |

The parties stipulate as follows. Plaintiff is considering dismissing his action based on documents provided by defendants. Plaintiff requires some additional time to review these

1

STIPULATION AND ORDER TO CONTINUE CMC
Naughton v. CCSF et al..
NO. C05 01729 EDL

1  documents and believes it will be efficient to continue the CMC due to the likelihood that the

2  CMC will not be necessary if the matter is dismissed.

3

4  DATED: 8-22-05

   LAW OFFICES OF RANDOLPH DAAR
   LAW OFFICES OF MATTHEW KUMIN, P.C.

5

6  _____
   Matthew Kumin
   Attorneys for Plaintiff PATRICK NAUGHTON

7

8  DATED: 8-22-05

   DENNIS HERRERA
   City Attorney
   JOANNE HOEPER
   Chief Trial Deputy
   SCOTT WIENER
   Deputy City Attorney

9

10

11

12  _____
    Scott Wiener
13  Attorneys for Defendants

14

15  The Court hereby continues the CMC to  November 1, 2005 at 10:00 a.m. ~~a later date of the Court's choosing. A new schedule for the CMC will be sent to the parties with a new date for~~ the joint case management conference
16  statement. The parties will immediately notify the court if the matter is dismissed.
    ^ shall be filed no later than October 25, 2005.

17

18  DATED: August 22, 2005

    _____
    ELIZABETH D.
19  United States District Court
    Magistrate

    IT IS SO ORDERED
    Elizabeth D. Laporte
    Judge Elizabeth D. Laporte

20

21

22

23

24

25

26                                    2

27  STIPULATION AND ORDER TO CONTINUE CMC
    Naughton v. CCSF et al..
    NO. C05 01729 EDL
28